# Supreme Court of Florida

No. SC2025-0713

**IN RE: AMENDMENTS TO FLORIDA RULE OF CRIMINAL PROCEDURE 3.040.**

July 10, 2025

PER CURIAM.

The Criminal Court Steering Committee (CCSC) filed a report proposing amendments to Florida Rule of Criminal Procedure 3.040 (Computation of Time).[1]  The CCSC published the proposal, and no comments were received.

We amend rule 3.040 as proposed by the CCSC.  The references to particular subdivisions of rule 3.132 (Pretrial Detention) are removed with rule 3.040 now simply referencing rule 3.132 in its entirety.  Additionally, the words "shall be" are replaced with "is" in accord with *In re Guidelines for Rules Submissions*, Florida Administrative Order No. AOSC22-78 (Fla. Oct. 24, 2022).

---

1.  We have jurisdiction.  *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b)(1).

The Court hereby amends the Florida Rules of Criminal Procedure as reflected in the appendix to this opinion. New language is indicated by underscoring; deletions are indicated by struck-through type. The amendments shall become effective immediately.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules of Criminal Procedure

Judge Joseph A. Bulone, Chair, Criminal Court Steering Committee, Clearwater, Florida, and Bart Schneider, Staff Liaison, Office of the State Courts Administrator, Tallahassee, Florida,

    for Petitioner

**APPENDIX**

## RULE 3.040.  COMPUTATION OF TIME

Computation of time ~~shall be~~is governed by Florida Rule of General Practice and Judicial Administration 2.514, except for the periods of time of less than 7 days contained in rules 3.130, 3.132~~(a) and (c)~~, and 3.133(a).

### Committee Notes

[No Change]

### Court Commentary

[No Change]